Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **06−46596−pjs**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Charles Russell Jr.                                 Loretta Russell
   6362 N. Shore Ct.                                   6362 N. Shore Ct.
   Bloomfield, Mi 48324                       Bloomfield, Mi 48324

Social Security No.:
   xxx−xx−6085                                         xxx−xx−6238

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that on **7/18/06** , an order dismissing the above entitled case was entered. Accordingly, the automatic stay is lifted.

Dated: 7/18/06

                                                    BY THE COURT

                                                    Katherine B. Gullo , Clerk of Court
                                                    UNITED STATES BANKRUPTCY COURT